JS-6

FILED
CLERK, U.S. DISTRICT COURT
JAN 18 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM LASHON MURPHY, | NO. CV 07-4290 GAF (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| V.M. ALMAGER, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 1/18, 2008.

/s/ Gary A. Feess
GARY A. FEESS
UNITED STATES DISTRICT JUDGE